**Order entered January 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00279-CR
No. 05-12-00295-CR

**JOHN TERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-16254-P, F09-16253-P**

## ORDER

The State's motion for extension of time to file its brief is **GRANTED**. The brief, which was tendered on January 18, 2013, is filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE